JMK:EEA
F. # 2015R00179

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 11 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

WADHA ABDULJALIL ALI SALE
AL GAMRI,

                Defendant.

– – – – – – – – – – – – –X

INDICTMENT

Cr. No. **CR 15 - 292**
(T. 18, U.S.C., §§ 1546(a) and 3551 et seq.)

**COGAN, J.**

**REYES, M.J.**

THE GRAND JURY CHARGES:

## VISA FRAUD

On or about April 10, 2014, within the Eastern District of New York and elsewhere, the defendant WADHA ABDULJALIL ALI SALE AL GAMRI did knowingly and intentionally utter, use, attempt to use and possess a nonimmigrant visa, knowing said document was procured by means of one or more false statements and by fraud and was unlawfully obtained.

(Title 18, United States Code, Sections 1546(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. # 2015R00179
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

WADHA ABDULJALIL ALI SALE AL GAMRI,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1546(a) and 3551 et seq.)

*A true bill.*

_____ *Faith Cumbermack*
                                                                       *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                  *Clerk*

*Bail, $* _____

*Erin E. Argo, Assistant U.S. Attorney (718) 254-6049*